**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Linda A. Neilan (LN 4095)
Tara Lai Quinlan (TQ 0717)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DAVID MOHNEY, et al.,**  <br><br>   **Plaintiffs,**<br><br>  -against-<br><br>**SHELLY'S PRIME STEAK, STONE CRAB & OYSTER BAR a/k/a SHELLY'S NEW YORK a/k/a SHELLY'S NEW YORK STEAKHOUSE AND OYSTER BAR, et al.,**<br><br>   **Defendants.** | 06 Civ. 4270 (PAC) |

**NOTICE FOR PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

  For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

  (1)  awarding Class Counsel attorneys' fees of $1,047,171.26;

  (2)  awarding Class Counsel costs of $50,000; and

  (3)  granting such other, further, or different relief as the court deems just and proper.

2

Dated: March 26, 2009
      New York, New York

                                            Respectfully submitted,
                                            **OUTTEN & GOLDEN LLP**
                                            By:

                                            /s/ Justin M. Swartz
                                            Justin M. Swartz (JS 7989)

                                            **OUTTEN & GOLDEN LLP**
                                            Adam T. Klein (AK 3293)
                                            Justin M. Swartz (JS 7989)
                                            Linda A. Neilan (LN 4095)
                                            Tara Lai Quinlan (TQ 0717)
                                            3 Park Avenue, 29th Floor
                                            New York, New York 10016
                                            Telephone: (212) 245-1000