# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Linda A. Neilan
Carmelyn P. Malalis
Tammy Marzigliano

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian
Julia Griffin Murphy

Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Stephanie M. Marnin
Ossai Miazad
Lauren Schwartzreich

May 22, 2009

**Via Facsimile**
Honorable Paul A. Crotty
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 MAY 2009

Re: *Mohney v. Shelly's Prime Steak Stone Crab & Oyster Bar*,
06 Civ. 4270 (PAC)

Dear Judge Crotty:

**MEMO ENDORSED**

We represent Plaintiffs and the Class. We are pleased to report that Defendants have accelerated their settlement payments, which were to stretch through mid-2010, and deposited the remaining $1,565,000.00 into the settlement administers' Qualified Settlement Fund ("QSF") account in one lump sum.

Today, the settlement administrator expects to distribute the $1,109,091.47 that was already in the QSF to the Class and $84,000.00 to the named plaintiffs, per the Court's Final Approval Order. It has already paid Class Counsel the first installment of attorneys' fees ($507,231.62) and will reimburse Class Counsel $50,000.00 for expenses soon. The settlement administrator has also paid itself $12,500.00, per the Court's Order.

<u>We write jointly with Defendants to request the Court's permission to alter the existing payout schedule and distribute the final $1,565,000.00 in short order pursuant to the following payout schedule:</u>

| | | |
|---|---|---|
| ✗ | May 26, 2009 | Pay Class Counsel its remaining attorneys fees ($521,666.66). |
| ✗ | June 30, 2009 | Distribute $1,000,000 to the Class. |
| ✓ | November 30, 2009 | Distribute the amount remaining in the QSF account to the Class or to the *cy pres*, as appropriate. |

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

Honorable Paul A. Crotty
May 22, 2009
Page 2 of 2

    We propose June 30, 2009 for the second Class distribution to allow some time to correct any discrepancies or mistakes revealed after today's distribution. Also, by holding back a small portion of the settlement fund from the June 30 distribution, approximately $43,000.00, the parties will be well-positioned to correct any discrepancies or mistakes from the first two distributions.

    Thank you for your attention to this matter.

Respectfully submitted,

Justin M. Swartz

cc:    Arch Y. Stokes, Esq. (by email)
       Anne-Marie Mizel, Esq. (by email)
       Linda A. Neilan, Esq.

SO ORDERED: 26 MAY 2009

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE